**Clara E. Bardwell, appellee, v. Citizens Trust & Savings Bank, appellant.  Gen. No. 29,361.**

Suit to recover value of jewelry delivered to defendant for safekeeping. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Joel C. Fitch, Judge, presiding. Heard in the third division of this court for the first district at the March term, 1924. Affirmed. Opinion filed April 29, 1925.

Bulkley, More & Tallmadge, for appellant. Edward L. England, for appellee; James T. Fales, of counsel.

Mr. Presiding Justice O'Connor delivered the opinion of the court.

---

**M. Lapidus et al., trading as M. Lapidus & Sons, appellees, v. Western Warehousing Company, appellant.  Gen. No. 29,373.**

Action to recover value of potatoes stored in defendant's warehouse and frozen. Judgment for plaintiffs. Appeal from the Superior Court of Cook county; the Hon. Jacob H. Hopkins, Judge, presiding. Heard in the third division of this court for the first district at the March term, 1924. Reversed and remanded. Opinion filed April 29, 1925. Rehearing denied May 13, 1925.

Loesch, Scofield, Loesch & Richards, for appellant.    Joseph M. Connery and Sinden & Hassell, for appellees.

Mr. Presiding Justice O'Connor delivered the opinion of the court.

---

**Sarah V. Deynzer, appellee, v. Arthur O. Mortimer, appellant.  Gen. No. 29,403.**

Action to recover rent due on lease. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. John R. Newcomer, Judge, presiding. Heard in the third division of this court for the first district at the March term, 1924. Affirmed. Opinion filed April 29, 1925. Rehearing denied May 13, 1925.

Edward G. Berglund and Harold D. Huszagh, for appellant. Davidson & Peterson, for appellee; I. Karl Davidson and Thomas B. Brown, of counsel.

Mr. Presiding Justice O'Connor delivered the opinion of the court.

---

**Harriet Herrick, appellant, v. Robert Herrick, appellee.  Gen. No. 29,563.**

Suit for divorce. Petition by defendant for specific performance by trustee under supplemental agreement. Order entered as prayed. Appeal from the Superior Court of Cook county; the Hon. John J. Sullivan, Judge, presiding. Heard in the third division of this court for the first district at the October term, 1924. Reversed on opinion in *Herrick v. Herrick*, 236 Ill. App. 478. Opinion filed April 29, 1925.

Montgomery Hart & Smith, for appellant.    John F. Cashen, Jr., for appellee.

Mr. Presiding Justice O'Connor delivered the opinion of the court.